**PRISONER CASE**



UNITED STATES DIST  08CV3520
NORTHERN DISTRICT  JUDGE GETTLEMAN
Civil Cover  MAG. JUDGE KEYS

| Plaintiff(s): | GENNIS JAMISON | Defendant(s): | SHERIFF PETTERSON, etc., et al. |
|---|---|---|---|
| County of Residence: | COOK | County of Residence: | |
| Plaintiff's Address: | | Defendant's Attorney: | |

Gennis Jamison
#2008-0008158
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

FILED
JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** A. E. Woodham  **Date:** 06/19/2008

94C4729

Gettleman
Needs Mag Jd.