This is to Prisoner Correspondent,

Name is Gennis Jamison, yes, my case # is 08C 3520. I need a little more time on the forma paupris application and the amended complaint, reason why because I want to get a lawyer and Cook County has fired Air mark and want to keep Commissary Network and I can't get the forma paupris done also I can't get a print out sheet of my trust fund.

So Please can I have a little more time

Thank you

Mr. Jamison

FILED
JUL 2 9 2008
JUL 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT