## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | ROBERT W. GETTLEMAN | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3520 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Gennis Jamison (#2008-0008158) vs. Cook County Deputy Sheriff Petterson, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's request for an extension of time [#6] is granted. The deadline for: (1) either filing a properly completed *in forma pauperis* application or paying the full $350 filing fee; and (2) submitting an amended complaint (plus judge's and service copies) is extended to September 4, 2008. Failure to comply by September 4, 2008, will result in summary dismissal of this case. The plaintiff is once again reminded that he must provide the court with the original plus a judge's copy of every document filed.

Docketing to mail notices.

mjm