RECEIVED
AUG 7 2008
AUG 7, 2008  MD
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) GENNIS JAMISON

Case No. 08 C 3520

V.

Defendant(s) Sheriff Petterson etc.

## AMENDED COMPLAINT

This complain challenges Deputy Sheriff Petterson and Sgt. Deputy Sheriff Parker both in their own capacity and as Employe of Cook County Court House of Markham IL. Dist. 6 as an Manicipali and or public entities. In that both deputies were unprofessiona in their duties and displayed official mis-conduct, thereby violati grievants 14th and 8th admendments by using excessive force, croe and unusual punishment when they repeatedly beat an fre(?) detainee while I was handcuffed to this detainee, we both was in restraints and thereby every blow push and pull to the ground this detaine took from deputies I also felt an as result they fractured my right wrist, and possible chipec bone. And now two days later my back has tighten up so bac that the cronic back pains are effecting my ability to walk There are safeguards to prevent unwarranted abuse and thes Deputies did not follow proper protocol and proceedures as a Result grievant is suffering physically and mentally.

grievant was taken to South Suburban Hospitial Although upon grievant return to Cook County Jail grievant has been experiencing new pain & suffer and has had no further medical treatment by Cerm Health Services as Required examination by Cerm Doctor's when returning from outside Hospitial. This happen May 7, 2008 Time 11:00 A.M.

All equitable, damages monetary, punitive, liquidation a. compensatory damages for all pain & suffering physically and mental