UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
**AUGUST 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gennis Jamison

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV3520
JUDGE GETTLEMAN
MAG. JUDGE KEYS

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Cook County Sheriffs
Sheriff Petterson
Sgt Deputy Sheriff Parker

**RECEIVED**
Jun 19, 2008
JUN 19 2008 JN

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

___     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This complaint challenges Deputy Sheriff Petterson and Sgt Deputy Parker both in their own capacity and as employees of Cook County Court House of Markham IL. Dist. 6 as an manicipality and or public entities. In that both deputies were unprofessional in their duties and displayed official misconduct, thereby violating grievants 14th and 8th Admendments by using excessive force, cruel and unusual punishment when they repeatedly beat an pre-trial detainee while I was handcuffed to this detainee we both was in restraints and thereby every blow push and pull to the ground this detainee took from Deputies I also felt and as a Result I fractured my Right wrist, And Now two days later my Back is effecting my ability to walk. There are Safeguards to prevent unwarranted abuse and these Deputies did not follow proper protocol

and proceedures as a Result grievant is suffering physically and mentally grievant was taken to South Suburban Hospitial per EMT recommendation where I was x-rayed. I was released and diagnosed with a chipped bone in my right wrist. Although upon grievants return to Cook County Jail grievant has been experiencing new pain & suffing. And has had no further medical treatment by Cermak Health Services as Required, Examination by Cermak Doctor's when returning from Outside Hospitial.

1) Employees of Cook County Court House of Markham IL. Dist. 6 deputies were unprofesional in their duties and displayed official mis-conduct, thereby violating grievants 14th and 8th Admendments by using excessive force, do to they unprofesional ways I suffered a chipped bone and a fractured wrist. May 7. 2008

2) Do to exessive force, They caused sirous damages to my wrist (Right), and lower back, causing me pain and suffering.

3) South Suburban Hospital recommended that I get an admediate follow up from Cermak Health Services which is located in Cook County Jail, I did not receive follow up until 12 days after the Incident causing more pain & suffering.

5

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I'm seeking proper medical attention and posible compensation for my pain and suffering and the officers unprofesional way of handling the situation.

VI.  The plaintiff demands that the case be tried by a jury.   YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  4/  day of  JUNE, 20 08

_Glennis Jamison_
(Signature of plaintiff or plaintiffs)

GENNIS  JAMISON
(Print name)

20080008158
(I.D. Number)

Cook County Jail
P.O. Box 089002 CHicago IL. 60608
(Address)

6

Revised 9/2007