MHG

08cv3520

My Name is Dennis Jamison I am letting you know where I am at, I am at ~~\~~ Vienna Ill C Center My Case # is 08C 3520 and my Judge is Gettleman and My Address is ~~\~~ 6695 State Route 146 East Vienna Il. 62995

FILED
8-26-2008
AUG 2 6 2008   MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT